Before STATE INDUSTRIAL BOARD, Respondent. ERNEST BONAGUR. Respondent,

* See Workmen's Compensation Law of 1922, § 15, subd. 3, ¶ n.— [REP.

v. PHENIX GARAGE, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.